SEALED FILED

JAN 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY __A. JESSEN__
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   **UNDER SEAL**
                                        )
12 |          Plaintiff,                )   1:11 CR 00026 LJO
                                        )
13 |     v.                             )   EX PARTE MOTION TO SEAL
                                        )   INDICTMENT PURSUANT TO RULE
14 | DAVID MARSHALL CRISP,              )   6(e)(4), FEDERAL RULES OF
   | CARLYLE LEE COLE,                  )   CRIMINAL PROCEDURE
15 | JULIE DIANNE FARMER,               )
   | SNEHA RAMESH MOHAMMADI,            )
16 | JAYSON PETER COSTA,                )
   | JERIEL SALINAS,                    )
17 | ROBINSON DINH NGUYEN,              )
   | MICHAEL ANGELO MUNOZ,              )
18 | JENNIFER ANNE CRISP, and           )
   | CALEB LEE COLE,                    )
19 |                                    )
   |          Defendants.               )
20 | _____)

21       The government moves the Court, pursuant to Rule 6(e)(4) of

22 the Federal Rules of Criminal Procedure, to order and direct that

23 the Indictment returned by the Grand Jury on January 13, 2011,

24 charging the above defendants with a violation of- Conspiracy to

25 Commit Mail Fraud, Wire Fraud, and Bank Fraud (18 U.S.C. § 1349);

26 Mail Fraud (18 U.S.C. § 1341)(33 Counts); Wire Fraud (18 U.S.C.

27 § 1343)(10 Counts); Bank Fraud (18 U.S.C. §§ 1344 and 2)(11

28 Counts); Conspiracy to Commit Money Laundering (18 U.S.C. §

1956(h)); and Criminal Forfeiture (18 U.S.C. §§ 981 (a)(1)(C) and 982(a)(1) and 28 U.S.C. 2461(c)), be kept secret until the defendants named in the above Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 1/13/11

By *(signature)*
STANLEY A. BOONE
Assistant U.S. Attorney

ORDERED as prayed this 19 day of January, 2011.

*(signature)*
U.S. MAGISTRATE JUDGE