

FILED

JAN 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01: 11-cr-00026 LJO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT AND WARRANTS OF ARREST |
| v. | |
| DAVID MARSHALL CRISP, CARLYLE LEE COLE, JULIE DIANNE FARMER, SNEHA RAMESH MOHAMMADI, JAYSON PETER COSTA, JERIEL SALINAS, ROBINSON DINH NGUYEN, MICHAEL ANGELO MUNOZ, JENNIFER ANNE CRISP, and CALEB LEE COLE, | |
| Defendants. | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrants of arrest be unsealed and made public record.

DATED: Jan 21, 2011         _____
                            United States Judge

3