IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID MARSHAL CRISP,<br>CARLYLE LEE COLE,<br>JULIE DIANNE FARMER,<br>SNEHA RAMESH MOHAMMADI,<br>JASON PETER COSTA,<br>JERIEL SALINAS,<br>ROBINSON DINH NGUYEN,<br>MICHAEL ANGELO MUNOZ,<br>JENNIFER ANNE CRISP,<br>CALEB LEE COLE,<br><br>　　　　　　　　Defendants.<br>_____/ | CASE NO. CR F 11-00026 LJO<br><br>**ORDER ON MOTION TO FIND CASE UNUSUAL AND COMPLEX PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(ii) and (iv)** |

The Court has received and reviewed Defendant David Marshall Crisp's MOTION FOR AN ORDER FINDING CASE UNUSUAL AND COMPLEX PURSUANT TO 18 U.S.C. §3161(h)(7)(B)(ii) and (iv). As stated on the record in open court, all parties were given seven days from the date the papers were filed (i.e. up to and including February 22, 2011, since the motion was filed on February 14, 2011 and the seventh day fell on a Court holiday) to file objections. The Court further indicated on the record, by agreement among counsel for all parties, that if no objections were filed, the Court would grant the motion and make the requested finding.

No objection was filed. The motion is GRANTED. The Court finds that the case is "unusual and complex" pursuant to statute.

IT IS SO ORDERED.

**Dated:**   February 23, 2011          　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE