# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 0 8 2011
PRETRIAL SERVICES A...
FRESNO OFFICE

FILED
MAR 1 0 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 11CR0026 LJO |
| Jayson Peter Costa ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jayson Peter Costa__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following to my conditions of release: You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict with this change to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-4-11           _____  3-8-11
Signature of Defendant    Date              Pretrial Services Officer   Date
Jayson Peter Costa                          Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    3/10/11
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_John F. Garland_                          3/10/11
Signature of Defense Counsel               Date
John Garland

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on: 2/17/11 (nunc pro tunc)
☐ The above modification of conditions of release is *not* ordered.

_____                    3/10/11
Signature of Judicial Officer              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services