JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 445-0156

Attorney for Defendant,
JAYSON  PETER  COSTA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JAYSON  PETER  COSTA,  )<br>  )<br>    Defendant.  )<br>_____ ) | Case No.  1: 11-CR-00026 LJO<br><br>**STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS OF DEFENDANT JAYSON  PETER  COSTA  AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the defendant, JAYSON PETER COSTA,  through his counsel, John F. Garland, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant United States Attorney, that defendant JAYSON PETER COSTA'S pre-trial release conditions be modified by  **removing** condition **(7)(q)** which provides:

> participate in one of the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon your ability to pay as determined by the PTO. **Curfew.** You are restricted to your residence every day from 9 pm to 6 am or as directed by the Pretrial Services office or supervising officer.

**However**, **the defendant shall continue to provide his supervising pretrial services officer with his employment work schedule**.

///

Pretrial Services Officer Dan Stark agrees to the above modification of conditions.

Dated: August 10, 2011                             /s/ John F. Garland
                                                   JOHN F. GARLAND
                                                   Attorney for Defendant

Dated: August 10, 2011                             Benjamin B. Wagner
                                                   United States Attorney

                                                   /s/ Stanley A. Boone
                                                   By: STANLEY A. BOONE
                                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, pre-trial condition **(7)(q)** set forth above shall be **removed** from defendant JAYSON PETER COSTA'S pre-trial release conditions. All other conditions of the defendant's pre-trial release not inconsistent with this modification, including the condition that the defendant continue to provide his supervising pretrial services officer with his employment work schedule, shall remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **August 10, 2011**                    /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE