1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:   (559) 445-0156

5  Attorney for Defendant
   JAYSON PETER COSTA
6

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   Case No.  1: 11-CR-00026 LJO
11                                   )
          Plaintiff,                 )   WAIVER OF APPEARANCE
12                                   )   AND ORDER THEREON
          v.                         )
13                                   )    DATE:  October 7, 2011
   JAYSON PETER COSTA,               )    TIME:    8:30 a.m.
14                                   )     Courtroom Four
          Defendant.                 )
15  _____  )   HONORABLE LAWRENCE J. O'NEILL

16

17        Defendant, JAYSON PETER COSTA, hereby waives his  right to be present in person in

18  open court upon the hearing presently set for October 7, 2011 at 8:30 a.m. in Courtroom Four of

19  the above entitled court. Defendant hereby requests the court to proceed in his  absence and

20  agrees that his interests will be deemed represented at said hearing by the presence of his

21  attorney, JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all

22   future hearing dates to be set by the court including the date set for jury trial.

23

24  Dated:  10/03/2011                           /s/ Jayson Peter Costa
                                                 JAYSON  PETER  COSTA
25                                            [Original signature in counsel's file]

26

27

28

                                        1

**ORDER**

Good cause appearing,

The defendant JAYSON PETER COSTA is hereby excused from appearing at the court hearing scheduled for October 7, 2011 at 8:30 a.m. He must appear when the Court requires, and accept the notice from his counsel.

IT IS SO ORDERED.

**Dated:   October 4, 2011**                              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE