1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:   (559) 445-0156

5  Attorney for Defendant
   JAYSON PETER COSTA
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        )   Case No.  1: 11-CR-00026 LJO
                                    )
12      Plaintiff,                  )   WAIVER OF APPEARANCE
                                    )   AND ORDER THEREON
13      v.                          )
                                    )    DATE:   February 27, 2012
14 JAYSON PETER COSTA,              )   TIME:    8:30 a.m.
                                    )    Courtroom Four
15      Defendant.                  )
   _____)   HONORABLE LAWRENCE J. O'NEILL

16

17       Defendant, JAYSON PETER COSTA, hereby waives his  right to be present in person in

18 open court upon the hearing presently set for February 27, 2012 at 8:30 a.m. in Courtroom Four

19 of the above entitled court. Defendant hereby requests the court to proceed in his  absence and

20 agrees that his interests will be deemed represented at said hearing by the presence of his

21 attorney, JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all

22 future hearing dates to be set by the court including the date set for jury trial.

23

24 Dated:  01/31/2012                          /s/ Jayson Peter Costa
                                              JAYSON  PETER  COSTA
25                                            [Original signature in counsel's file]

26

27

28

                                           1

1

2                                          **ORDER**

3

4          Good cause appearing,

5           IT IS HEREBY ORDERED that defendant JAYSON PETER COSTA is hereby  excused

6    from appearing at the court hearing scheduled for February 27, 2012 at 8:30 a.m.

7

8    IT IS SO ORDERED.

9    **Dated:    February 3, 2012**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2