JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant
JAYSON PETER COSTA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.  1: 11-CR-00026 LJO |
| ) | |
| Plaintiff,   ) | WAIVER OF APPEARANCE |
| ) | AND ORDER THEREON |
| v.   ) | |
| ) | DATE:   October 1, 2012 |
| JAYSON PETER COSTA,   ) | TIME:    8:00 a.m. |
| ) |  Courtroom Four |
| Defendant.   ) | |
| _____) | HONORABLE LAWRENCE J. O'NEILL |

Defendant, JAYSON PETER COSTA, hereby waives his  right to be present in person in open court upon the hearing presently set for October 1, 2012 at 8:00 a.m. in Courtroom Four of the above entitled court. Defendant hereby requests the court to proceed in his  absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:  08/30/2012                              /s/ Jayson Peter Costa
                                                      JAYSON  PETER  COSTA
                                              [Original signature in counsel's file]

1

**ORDER**

Good cause appearing,

Defendant JAYSON PETER COSTA is hereby excused from appearing at the court hearing scheduled for October 1, 2012 at 8:00 a.m.

IT IS SO ORDERED.

**Dated:   September 4, 2012**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE