```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   ERIC V. KERSTEN, Bar #226429
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
   DAVID MARSHALL CRISP
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00026 LJO |
|---|---|---|
| Plaintiff, | ) ) | DEFENDANTS STIPULATION CONTINUING STATUS CONFERENCE AND ORDER |
| v. | ) ) | THEREON |
| DAVID MARSHALL CRISP, et al., | ) ) | DATE: October 9, 2012 TIME: 8:00 A.M. |
| Defendants. | ) ) | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for October 1, 2012, **may be continued to October 9, 2012 at 8:00 A.M.**

This continuance is requested as counsel needs additional time to discuss the options regarding discovery with the co-ordinating discovery attorney and other counsel, including the AUSA with the intent to appear in Court with a plan for discovery. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated: September 27, 2012        BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ *Kirk E. Sherriff*
                                 KIRK E. SHERRIFF
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated:  September 27, 2012       /s/ *Katherine L. Hart*
                                 KATHERINE L. HART
                                 Attorney for Carlyle L. Cole

Dated:  September 27, 2012       /s/ *Anthony Capozzi*
                                 ANTHONY CAPOZZI
                                 Attorney for Julie D. Farmer

Dated:  September 27, 2012       /s/ *Carl Faller*
                                 CARL FALLER
                                 Attorney for Sneha R. Mohammadi

Dated:  September 27, 2012       /s/ *John Garland*
                                 JOHN GARLAND
                                 Attorney for Jayson P. Costa

Dated:  September 27, 2012       /s/ *Eric Fogderude*
                                 ERIC FOGDERUDE
                                 Attorney for Jeriel Salinas

Dated:  September 27, 2012       /s/ *Steven L. Crawford*
                                 STEVEN LEON CRAWFORD
                                 Attorney for Robin D. Nguyen

Dated:  September 27, 2012       /s/ *Gary Huss*
                                 GARY HUSS
                                 Attorney for Jennifer Ann Crisp

Dated:  September 27, 2012       /s/ *Jeffrey T. Hammerschmidt*
                                 Jeffrey T. HAMMERSCHMIDT
                                 Attorney for Caleb L. Cole

Dated: September 27, 2012        DANIEL J. BRODERICK
                                 FEDERAL DEFENDER

                                 /s/ *Francine Zepeda*
                                 FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DAVID MARSHALL CRISP

///

Stipulation Re Continuance of
Status Conference                  2

# **O R D E R**

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

Dated: September 27 , 2012

      /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
United States District Court Judge