JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
JAYSON PETER COSTA

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAYSON PETER COST A,<br><br>    Defendant**.** | Case No. 1:11-CR-00026 LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND  ORDER THEREON**<br><br>**Date:  March 24, 2014**<br>**Time:  10:30 a.m.**<br>**Courtroom Four**<br>**Honorable Lawrence J. O'Neill** |

Defendant, JAYSON PETER COSTA, through his counsel, John F. Garland and the United States of America**,** through its counsel, Benjamin B. Wagner, United States Attorney and Kirk E. Sherriff, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from February 18, 2014 to **March 24**, **2014** at **10:30** a.m. This continuance is necessary to allow the United States Probation Office sufficient time to complete the Presentence Investigation Report due to difficulties in scheduling the defendant's pre-sentence interview.

Dated: January 21, 2014                               /s/ John F. Garland
                                                      John F. Garland
                                                      Attorney for Defendant
                                                      Jayson Peter Costa

1

1
2   Dated: January 21, 2014                         Benjamin B. Wagner
3                                                   United States Attorney
4                                                   /s/ Kirk E. Sherriff
5                                              By:  KIRK E. SHERRIFF
                                                    Assistant U.S. Attorney
6
7
8                                    **ORDER**
9
10         GOOD CAUSE APPEARING, based on the stipulation of the parties,
11  IT IS HEREBY ORDERED that the sentencing hearing for defendant JAYSON PETER
12  COSTA is continued to March 24, 2014 at 10:30 a.m.
13
14  IT IS SO ORDERED.
15      Dated:   **January 21, 2014**                 /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

2