JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
JAYSON PETER COSTA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON PETER COST A,<br><br>Defendant. | Case No. 1:11-CR-00026 LJO-SKO<br><br>**STIPULATION TO EXTEND DATE FOR SELF SURRENDER AND  ORDER THEREON** |

Defendant, JAYSON PETER COSTA, by and through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kirk E. Sherriff, Assistant United States Attorney, hereby stipulate to extend the defendant's self surrender date from May 5, 2014 to **May 19**, **2014** before **2**:**00** p.m. This extension is necessary because on May 2, 2014, the United States Bureau of Prisons re-designated the federal institution at which the defendant will serve his sentence two times; first, from Mendota SCP to Taft CI SCP; then from Taft CI SCP to Big Spring (Texas) FCI SCP.

Due to the late changes in designation of institutions by the Bureau of Prisons, the parties agree a two week extension of the defendant's self surrender date is reasonable and necessary

to allow the defendant sufficient time to make travel arrangements from Bakersfield, California to Big Spring, Texas.

IT IS SO STIPULATED

Dated:  May 2, 2014                                         /s/ John F. Garland

                                      John F. Garland
                                  Attorney for Defendant
                                  Jayson Peter Costa

Dated: May 2, 2014                                         Benjamin B. Wagner
                                  United States Attorney

                                   /s/ Kirk E. Sherriff
                                By:  KIRK E. SHERRIFF
                                  Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the self surrender date for defendant JAYSON PETER COSTA is extended to May 19, 2014 before 2:00 p.m. The defendant, JAYSON PETER COSTA shall surrender for service of his sentence to Big Spring (Texas) FCI SCP before 2:00 p.m. on May 19, 2014.

All terms of the defendant's pretrial release shall remain in effect pending the defendant's surrender to Big Spring FCI SCP.

IT IS SO ORDERED.

Dated:  **May 5, 2014**                                    /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE