JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
JAYSON PETER COSTA

FILED

MAY 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAYSON PETER COSTA,<br><br>Defendant. | Case No. 1:11-CR-00026 LJO-SKO<br><br>**APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |

Defendant, JAYSON PETER COSTA, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

On January 11, 2011 defendant JAYSON PETER COSTA was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On February 17, 2011 United States Magistrate Judge Sandra M. Snyder ordered the release of Mr. Costa, setting conditions of pretrial supervision, and a $5,000 cash bond. JAYSON PETER COSTA was released from custody on February 17, 2011 following the deposit of $5,000 cash with the Clerk of the Court by AUTUMN HATCHER on that date [Receipt # 100014080].

On November 12, 2013 JAYSON PETER COSTA appeared before this Court and entered a plea of guilty to Count 1 of the Indictment. On March 24, 2014 this Court sentenced

JAYSON PETER COSTA to a term of 78 months imprisonment and ordered him to surrender to the federal institution designated by the United States Bureau of Prisons on or before 2:00 p.m. May 5, 2014.

On May 5, 2014 the Court issued an Order extending the date for Mr. Costa to surrender to the federal institution designated by the Bureau of Prisons to May 19, 2014.

On May 19, 2014 JAYSON PETER COSTA surrendered to the Satellite Camp at Big Spring Federal Correctional Institution at Big Spring, Texas to begin service of the 78 month sentence imposed by this Court. JAYSON PETER COSTA, having surrendered to the designated federal institution as ordered, hereby requests the Court exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $5,000 cash [Receipt # 100014080] to AUTUMN HATCHER.

Assistant United States Attorney Kirk E. Sherriff does not oppose this application.

Dated: May 21, 2014                    Respectfully submitted,

/s/ John F. Garland
John F. Garland
Attorney for Defendant
Jayson Peter Costa

**ORDER**

IT IS HEREBY ORDERED that the cash bond posted by AUTUMN HATCHER is exonerated and the Clerk of the Court is directed to return the $5,000 cash [Receipt # 100014080] to AUTUMN HATCHER.

**IT IS SO ORDERED**

Dated: May 28, 2014

Honorable Lawrence J. O'Neill
United States District Judge

2