McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-0026 LJO |
| Plaintiff, | ORDER |
| v. | |
| DAVID MARSHALL CRISP, et al., | |
| Defendants. | |

**O R D E R**

This matter came before the Court on the United States' request to correct the judgments as to the defendants in this case (Docs. 188, 367, 387, 406, 433, 460, 471, 528, 539, and 540) to clarify that, to the extent the defendants owe restitution debts to the same victims, the restitution orders are joint and several as to the defendants in this case and in the related cases U.S. v. Jerald Teixeira (No. 1:09-cr-0375 LJO), U.S. v. Kevin Sluga (No. 1:10-cr-0001 LJO), U.S. v. Leslie Sluga (No. 1:10-cr-0002 LJO), U.S. v. Megan Balod (No. 1:10-cr-0016 LJO), and U.S. v. Christopher Stovall (No. 1:10-cr-0271 LJO). This Order does not change the amount of any defendant's restitution or

1

otherwise modify the judgments or restitution ordered in this case as to any defendant.

IT IS SO ORDERED.

Dated: **October 22, 2018**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE